### RIEGER v HOTEL RIEGER CO et

Ohio Supreme Court

No. 22581.  Decided June 10, 1931

Marshall, CJ, Jones, Matthias, Day, Kinkade and Robinson, JJ, concur.

Full opinion will be published later. Watch **Omnibus Index.**

### DAVIS et v WIEMEYER et

Ohio Supreme Court

No. 22761.  Decided June 17, 1931

Marshall, CJ, Matthias, Day, Allen and Kinkade, JJ, concur.

Full opinion will be published later. Watch **Omnibus Index.**